# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-7160**  September Term, 2007

07cv01980

Filed On: January 18, 2008

[1093138]
Kareemah Yasmina Bell,
    Appellant

v.

Keith Gardner, Pastor/Leader,
    Appellee

**MANDATE**

Pursuant to the provisions of Fed. R. App.Pro.41(a)

ISSUED: 6/27/08
BY: [signature] Deputy Clerk
ATTACHED: ___ Amending Order
            ___ Opinion
            ___ Order on Costs

### ORDER

    By order filed November 21, 2007, directing appellant to file her brief and appendix to this court, by January 2, 2008. The order was sent to appellant by certified mail, return receipt requested and by first class mail. To date, appellant has not complied with the Court's order. Upon consideration of the foregoing, it is

    **ORDERED** that this case be dismissed for lack of prosecution. <u>See</u> D.C. Cir. Rule 38.

    The Clerk is directed to issue the mandate in this case 30 days after the date of this order.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:

Elizabeth V. Scott
Deputy Clerk

United States Court of Appeals
for the District of Columbia Circuit
By: [signature] Deputy Clerk